# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BANK OF AMERICA NA                                                  PLAINTIFF

v.                      Case No. 4:15-cv-00672 KGB

DONALD E. WHEATLEY and
THE ESTATE OF DONALD E. WHEATLEY                 DEFENDANTS

## DEFAULT JUDGMENT

Pursuant to the order entered in this matter on this date, it is considered, ordered, and adjudged that default judgment is awarded in favor of Bank of America NA ("BANA") and against Donald E. Wheatley and the Estate of Donald E. Wheatley. The Court enters judgment in favor of BANA in the amount of $136,414.59. In addition, the Court awards post-judgment interest at the rate of 1.22% per annum until this judgment is paid.

So ordered this 28th day of August, 2017.

                                                                        _____
                                                                        Kristine G. Baker
                                                                        United States District Judge